# United States District Court

EASTERN DISTRICT OF WISCONSIN

IBEW LOCAL 494,
        **Plaintiff,**

    **v.**

VETERANS ELECTRIC LLC,
        **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**Case No. 26-CV-123**

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came on for consideration and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss is **DENIED**.

    **IT IS FURTHER ORDERED** that the arbitration award issued by the Labor Management Committee is **CONFIRMED** pursuant to 9 U.S.C. §§ 9 and 13.

    **FINALLY, IT IS ORDERED** that this action is **DISMISSED**.

Approved: _____
NANCY JOSEPH
United States Magistrate Judge

Dated: May 27, 2026

LINDA M. KLEMM
Clerk of Court

*s Ross Miller*
_____
(By) Deputy Clerk